## Commonwealth *v.* Jones, Appellant.

Argued December 9, 1971. *John L. Rolfe,* Assistant Defender, with him *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Norris E. Gelman,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Lewis, Appellant.

Argued March 22, 1971. *Robert J. Sugarman,* with him *Robert Dechert,* and *Dechert, Price & Rhoads,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.